UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARGARET A. KEELEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil No. 3:15-cv-237-FDW-DSC |

ORDER

This matter is before the Court on Defendant's Motion for Remand to the Commissioner (Doc. No. 18). Plaintiff's counsel consented to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court GRANTS the motion and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: February 25, 2016

Frank D. Whitney
Chief United States District Judge